Gina E. Och   (SBN 170520)
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, Ninth Floor
Los Angeles, California 90017-4613
Telephone:   (213) 623-7400
Facsimile:    (213) 623-6336
E-Mail:        goch@murchisonlaw.com

Brian C. Johnson (SBN 096932)
**STRONG & HANNI**
3 Triad Center, Suite 500
Salt Lake City, Utah 84180
Telephone:   (801) 532-7080
Facsimile:    (801) 596-1508
Email:         bjohnson@strongandhanni.com

Attorneys for Defendants,
MONAVIE LLC, a Delaware limited liability company, MONAVIE HOLDINGS INTERNATIONAL, LLC, a Utah limited liability company, MONAVIE EXPORTING, INC., a Utah corporation, and MONAVIE AS, LLC, a Utah limited liability company

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (SOUTHERN DIVISION)

| | |
|---|---|
| XOWII, LLC, a California limited liability company,<br><br>                    Plaintiff,<br><br>            vs.<br><br>MONAVIE LLC, a Delaware limited liability company, MONAVIE HOLDINGS INTERNATIONAL, LLC, a Utah limited liability company, MONAVIE EXPORTING, INC., a Utah corporation, MONAVIE AS, LLC, a Utah limited liability company, et al.,<br><br>                    Defendants. | CASE NO. SACV10-01080 CJC (RNBx)<br><br>**[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**[Lodged in Courtroom]**<br><br><br><br>Assigned to:  Hon. Cormac J. Carney<br>Ctrm:              9B<br>Magistrate:    Hon. Robert N. Block<br>Action Filed: June 15, 2010 |

//

//

//

SACV10-01080 CJC (RNBx)

1   **IT IS HEREBY ORDERED** that, pursuant to the stipulation by and among the
2   parties to this action, through their respective attorneys of record, the above-entitled
3   action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a),
4   with each party to bear its own attorney fees and costs.

7   **DATED: November 10, 2010**

By:  _____
**THE HONORABLE CORMAC J. CARNEY**
**UNITED STATES DISTRICT JUDGE**